## STANLEY v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 49, September Term, 1963.]

*Decided October 21, 1963.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Sodaro in the lower court, the application for leave to appeal is denied.

*Application denied.*